1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     IN RE:  STEVEN WAYNE BONILLA              No. 2:24-cv-00226-TLN-KJN

12                                               No. 2:24-cv-00227-TLN-KJN

13                                               No. 2:24-cv-00228-TLN-KJN

14                                               No. 2:24-cv-00229-TLN-KJN

15                                               No. 2:24-cv-00230-TLN-KJN

16                                               No. 2:24-cv-00231-TLN-KJN

17                                               No. 2:24-cv-00232-TLN-KJN

18                                               No. 2:24-cv-00234-TLN-KJN

19                                               No. 2:24-cv-00235-TLN-KJN

20                                               No. 2:24-cv-00236-TLN-KJN

21                                               **ORDER**

22

23

24           Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25     above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26     litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27     proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28     Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00226, 2:24-cv-00227, 2:24-cv-00228, 2:24-cv-00229, 2:24-cv-00230, 2:24-cv-00231, 2:24-cv-00232, 2:24-cv-00234, 2:24-cv-00235, and 2:24-cv-00236 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:  February 14, 2024

_____
Troy L. Nunley
United States District Judge

2